HONORABLE TANA LIN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

SHARI KOGACHI,

　　　　　Plaintiff,

　　vs.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

　　　　　Defendant.

NO. 2:22-cv-00239

ORDER RE STIPULATED MOTION TO
STAY PROCEEDINGS AND PROCEED
TO ARBITRATION

**STIPULATED RELIEF REQUESTED**

The parties, by and through their respective counsel, hereby stipulate and agree to stay the proceedings of this matter under LCR 39.1(d) and proceed to binding arbitration to occur on or before February 13, 2023 before a mutually agreeable arbitrator. The arbitrator will be asked to determine the total amount of plaintiff's bodily injury damages, without disclosure of the underlying tortfeasor's liability coverage limit or Allstate's underinsured motorist coverage limit. Any judgment entered on the arbitration award will be adjusted by any applicable setoffs or credits, including the underlying tortfeasor's $50,000.00 policy limit and $21,437.87 in PIP benefit payments already paid to the plaintiff, minus any *Winters* fees. The parties agree that Allstate's liability for underinsured motorist bodily injury damages will be capped at a maximum of $75,000.00.

ORDER RE STIPULATED MOTION TO STAY
PROCEEDINGS AND PROCEED TO ARBITRATION – 1
Case: 2:22-cv-00239

The parties further agree Snohomish County Civil Arbitration Rules 5.2 and 5.3 will govern the submission of materials and admission of evidence and discovery shall follow the Washington State Court Civil Rules. Upon completion of the arbitration hearing and payment of the award, if any, the parties will notify the court of the same and plaintiff agrees to voluntarily dismiss her lawsuit with prejudice.

DATED this 22 day of April 2022.

Evergreen Personal Injury Counsel

*/s Stephen L. Bulzomi*
Stephen L. Bulzomi, WSBA #15187
Neil P. Stubbs, WSBA #56890
100 South 9th Street
Attorney for Plaintiff
Tacoma, WA 98402
sbulzomi@epic-law.com;
nstubbs@epic-law.com

DATED this 22 day of April 2022.

REED McCLURE

*/s David M. Reeve*
David M. Reeve, WSBA #48405
Michael S. Rogers, WSBA #16423
Attorney for Defendant Allstate Fire & Casualty
Insurance Company
1215 Fourth Avenue, Suite 1700
Seattle, WA  98161-1087
dreeve@rmlaw.com
mrogers@rmlaw.com

## STIPULATED ORDER

IT IS SO ORDERED that all proceedings in this matter are hereby stayed until March 13, 2023, or until the plaintiff voluntarily dismisses her lawsuit with prejudice, whichever occurs first, unless otherwise stipulated by the parties and ordered by the court, so that the parties may pursue binding arbitration in accordance with the stipulated terms above.

DATED this 25th day of April, 2022

_____
Tana Lin
United States District Judge

ORDER RE STIPULATED MOTION TO STAY
PROCEEDINGS AND PROCEED TO ARBITRATION – 2
Case: 2:22-cv-00239