HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHARI KOGACHI,<br><br>              Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, A FOREIGN CORPORATION,<br><br>              Defendant. | NO. 2:22-cv-00239<br><br>STIPULATED MOTION & ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>August 31, 2022 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice and without fees or costs awarded to either party. The parties request that the stay be lifted and the case be closed.

///

///

///

///

STIPULATED MOTION & ORDER
FOR DISMISSAL – 1
Case: 2:22-cv-00239

DATED this 31st day of August, 2022.

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com

By *s/ Stephen L. Bulzomi*
Stephen L. Bulzomi, WSBA #15187
Neil P. Stubbs, WSBA #56890
Attorneys for Plaintiff
Evergreen Personal Injury Counsel
100 South 9th St.
Tacoma, WA  98402
(253) 472-6000

IT IS SO ORDERED.

DONE this 1st day of September 2022.

_____
Tana Lin
United States District Judge

STIPULATED MOTION & ORDER
FOR DISMISSAL – 2
Case: 2:22-cv-00239